# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0743. BEVERLY ALLEN-TEMPLE v. NAKITA COATES et al.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Beverley Allen-Temple filed a petition for review in superior court, which dismissed the petition. Allen-Temple then appealed directly to this Court. We lack jurisdiction.

An appeal from a superior court decision reviewing a lower court decision must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Allen-Temple's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*